STATE OF NEW JERSEY v. CLIFFORD BLUNT.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. ESSAU LONZO JENKINS.

May 30, 1978. Petition for certification denied.

JOSEPH VIERA v. TOWNSHIP COUNCIL OF THE TOWN-
SHIP OF PARSIPPANY-TROY HILLS.

May 30, 1978. Petition for certification denied. (See
156 *N. J. Super.* 19)

STATE OF NEW JERSEY v. KEVIN STEWART.

May 30, 1978. Petition for certification denied.

DAVID HOCHMAN v.
BOARD OF EDUCATION OF THE CITY OF NEWARK.

May 30, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. ROBERSON.

May 30, 1978. Petition for certification denied. (See
156 *N. J. Super.* 551)